IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO: 3:15cr6/MCR

TIMOTHY WAYNE HORSLEY
_____/

STATEMENT OF FACTS

The parties agree with the truthfulness of the following factual basis for the defendant's guilty plea. The undersigned parties further agree that not all of the facts known from this investigation are contained in this brief summary.

The defendant is charged with receipt of child pornography in violation of Title 18, United States Code, Section 2252A(a)(2). Between on or about January 1, 2014, and on or about May 15, 2014, while at a residence in Pensacola, Florida, and using a computer, the defendant did receive and store images and videos containing child pornography as defined in Title 18, United States Code, Section 2256. These images and videos were shipped or transported in interstate or foreign commerce.

Specifically, between on or about March 8, 2014, and or about March 17, 2014, while acting in an undercover capacity, a law enforcement official viewed a list of sixty (60) file names that the defendant was offering for downloaded using a peer to peer file sharing program. Law enforcement officials confirmed that a number of those file names were known files that contained images and videos depicting child pornography. Law enforcement officials were able to trace the defendant's illegal online activities to an

FILED IN OPEN COURT THIS
9-25-2015
CLERK, U. S. DISTRICT
COURT, NORTH. DIST. FLA.

address in Pensacola, Florida. As a result, on or about May 15, 2014, officials executed a lawful federal search warrant at the defendant's residence. During their search, officials seized, among other items, multiple computers, thumb drives, and SD memory cards.

The items seized during the search warrant were subsequently analyzed by a forensic analyst. That analyst is prepared to testify and offer evidence regarding his analysis. Specifically, the analysis of a desktop computer revealed six (6) image files and eleven (11) video files depicting images of child pornography. The evidence will establish that some of the images/video files had been downloaded on the desktop computer as early as January 1, 2014, and as late as May 15, 2014. The analysis of two thumb drives and an SD memory card revealed a total of 102 video files depicting images of child pornography. The evidence will also establish that when downloading these video files, the defendant used specific search terms consistent with terms used to locate and download child pornography. Officials are also prepared to testify that some of the video files depicted images of prepubescent minors that had not attained twelve (12) years of age.

On or about May 15, 2014, the defendant was interviewed by law enforcement officials who are prepared to testify that, after reading and signing a rights waiver, the defendant agreed to speak with them and answer questions. In doing so, the defendant admitted to downloading child pornography, and told officials that they would find child pornography videos on his computer. The defendant was shown still images from the images/video files that were previously downloaded from his computer by an undercover

law enforcement official, and after reviewing them, the defendant acknowledged that he had previously viewed them.

A defendant is guilty of receipt of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2), if:

*First:*  The Defendant knowingly received an item or items of child pornography;

*Second:* The item[s] of child pornography had been [transported] [shipped] [mailed] in interstate or foreign commerce [including by computer]; and

*Third:*  When the Defendant received the item[s], the Defendant believed the item[s] [was] [were] child pornography.

_____
THOMAS S. KEITH
Attorney for Defendant

9/25/15
Date

_____
TIMOTHY WAYNE HORSLEY
Defendant

25 Sep 2015
Date

CHRISTOPHER P. CANOVA
Acting United States Attorney

_____
J. RYAN LOVE
Florida Bar No. 0637920
Assistant U.S. Attorney
Northern District of Florida
21 E. Garden Street, Suite 400
Pensacola, Florida 32502-5675
850-444-4000

9/25/15
Date